In the Matter of the Estate of ANDREW J. SHIPMAN, Deceased.

HENRY W. MOONEY, as Administrator of the Estate of ADAIR M. SHIPMAN, Deceased, Appellant.

FLORENCE S. LAWYER et al., as Administrators with the Will Annexed of the Estate of ANDREW J. SHIPMAN, Deceased, Appellants.

HENRY W. JESSUP, Respondent.

*Decedent's estate — Surrogate's Court — jurisdiction to determine value of attorney's services to estate.*

*Matter of Shipman (Estate),* 200 App. Div. 896, affirmed.
(Argued May 31, 1922; decided July 12, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1922, which unanimously affirmed an order of the New York County Surrogate's

Court directing the administrators of the estate of Andrew J. Shipman to pay to the respondent herein the sum of $2,500 for legal services rendered to the estate. The questions at issue were as to whether the surrogate had jurisdiction to entertain a proceeding to determine the value of an attorney's services to a decedent's estate and as to whether the services rendered had been beneficial to the estate.

*Terence Farley, Frank I. Tierney* and *Edmund L. Mooney* for Henry W. Mooney, as administrator, appellant.

*Charles T. B. Rowe* for Florence S. Lawyer et al., as administrators, appellants.

*Henry W. Jessup* and *Douglas Mathewson* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.